UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No.: 25-mj-9207 |
| v. | : | |
| NICHOLAS TUYP | : | <u>NOTICE OF APPEARANCE</u> |

PLEASE TAKE NOTICE that Rebecca Sussman, Assistant United States Attorney (rebecca.sussman@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

                                        ALINA HABBA
                                        Acting United States Attorney


                                        */s/ Rebecca Sussman*

                                        By:  Rebecca Sussman
                                        Assistant United States Attorney

Dated: July 29, 2025